NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

OLIVER ENCINAS SENDAY, *Petitioner.*

No. 1 CA-CR 23-0322 PRPC
FILED 3-21-2024

Petition for Review from the Superior Court in Maricopa County
No.  CR2004-024215-001
The Honorable Timothy J. Ryan, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Douglas Gerlach
*Counsel for Respondent*

Law Offices of Michael J. Dew
By Michael J. Dew
*Counsel for Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Anni Hill Foster, Judge Brian Y. Furuya, and Vice Chief Judge Randall M. Howe delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**      Petitioner Oliver Encinas Senday seeks review of the superior court's order denying his petition for post-conviction relief. This is Petitioner's third successive petition.

**¶2**      Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is Petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (Petitioner has burden of establishing abuse of discretion on review).

**¶3**      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that Petitioner has not established an abuse of discretion.

**¶4**      We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED: AA